The People of the State of New York ex rel. Jack Cedar, Appellant, against Joseph H. Brophy, as Warden of Auburn State Prison, Respondent.

Submitted March 12, 1940; decided April 16, 1940.

*Henry A. Lowenberg* for appellant.

*John J. Bennett, Jr., Attorney-General (Edward T. Boyle* and *Patrick H. Clune* of counsel), for respondent.

Appeal dismissed on the ground that no constitutional question is directly involved.   No opinion.

Concur: Lehman, Ch. J., Loughran, Finch, Rippey and Conway, JJ.   Taking no part: Sears and Lewis, JJ.